NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1093

CORNELL D.M. JUDGE CORNISH,

Plaintiff-Appellant,

v.

JOHN J. DOLL, Acting Under Secretary of Commerce for Intellectual Property
and Acting Director of the United States Patent and Trademark Office,
UNITED STATES PATENT AND TRADEMARK OFFICE,
HARRY I. MOATZ, Director of Office of Enrollment and Discipline,
and WILLIAM J. GRIFFIN, Attorney, Office of Enrollment and Discipline,

Defendants-Appellees.

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-1719, Judge Richard W. Roberts.

Before NEWMAN, Circuit Judge.

## ORDER

Cornell D.M. Judge Cornish submits a brief in reply to the court's April 21, 2009 order. The court considers whether Cornish's submission should be treated as his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Cornish's May 5, 2009 submission is treated as a reply brief.

(2)    A copy of this order shall be transmitted to the merits panel assigned to decide this case.

                                    FOR THE COURT

MAY 18 2009
_____                    /s/ Jan Horbaly
        Date                               Jan Horbaly
                                           Clerk

cc:    Cornell D.M. Cornish
       Raymond T. Chen, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 18 2009

JAN HORBALY
CLERK